# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION-FLINT

IN RE:                                              CHAPTER 13
Bruce Prince                              CASE NO: 19-30751
         Debtor         /              JUDGE JOEL D. APPLEBAUM

## ORDER DENYING THE DEBTOR'S POST CONFIRMATION PLAN MODIFICATION

This matter having come on for hearing before the Court with due notice having been provided, and after reviewing the Court's file and those representations made on the record, the Court finds it appropriate to enter this Order upon one of the following paragraphs so indicated:

____ Upon the denial of confirmation of the debtor's Chapter 13 Plan by the Court and denial of further time by the Court to propose another Plan, the reasons having been stated on the record.

_X__ **For failure to comply with the terms and conditions set forth in the Order Adjourning Trustee's Objection to the Debtor's Plan Modification entered on September 14, 2020 (docket #53).**

**IT IS HEREBY ORDERED** that the Debtor's Post Confirmation Plan Modification is denied.

**Signed on October 5, 2020**

                                                     /s/ Joel D. Applebaum
                                                     **Joel D. Applebaum**
                                                     **United States Bankruptcy Judge**